_____

No. 94-4056

Dexter Hughes,
                                    *
                                    *

     v.
                                    *  Southern District of Iowa.

Fairing; Charles Harper,
                                    *
                                    *


              Submitted:  May 2, 1996


                    _____


                    _____


     Dex    Hughes appeals the magistrate's[1]                    a
bench trial in his 42 U.S.C. § 1983 suit.


          carefully reviewed the record and the parties' briefs, w
conclu   that the district court's findings were not clearly erroneous
that      ror of fact or law appears, and that an opinion would lac
precedential                                                      n
                                                                 l
                    See United States v. Oransky              9
     Cir. 1990) (this court need
district

_____

     [1]The Honorable Celeste F. Bremer, United States Magistrat
  dge                                                           s
to 28 U.S.C. § 636(c).

court).  We also reject Hughes's unsupported assertions the magistrate judge and counsel for both parties had conflicts of interest.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.